**Angela Tese-Milner, Esq.**
**The Law Firm of Tese & Milner**
**735 Wickham Avenue**
**PO Box 35**
**Mattituck, New York 11952**
**(212) 475-3673**

*Attorneys for the Chapter 7 Trustee,*
*Angela Tese-Milner*

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT | Hearing Date: July 29, 2019 |
| SOUTHERN DISTRICT OF NEW YORK | 10:00 p.m. |

─────────────────────────────────────X
In re:

    Phyllis R. Mials,       Case No. 16-11337 (SHL)
                          Chapter 7 Case
                 Debtor.
─────────────────────────────────────X

**NOTICE OF HEARING ON TRUSTEE'S MOTION, PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, FOR APPROVAL OF SETTLEMENT OF PERSONAL INJURY LAWSUITS, AND AUTHORIZATION TO ALLOW THE FEES AND EXPENSES OF SPECIAL COUNSEL, AND PAY THE EXEMPT AMOUNT TO THE DEBTOR AND SET BAR DATE FOR <u>FILING LIEN CLAIMS AGAINST THE SETTLEMENT PROCEEDS</u>**

      **PLEASE TAKE NOTICE** that on July 29, 2019 at 10:00 a.m. (hereinafter "**Hearing Date**"), a hearing will be held before the Honorable Sean H. Lane, United States Bankruptcy Judge, in Rm. 701, at the United States Bankruptcy Court for the Southern District of New York, located at One Bowling Green, New York, New York 10004, concerning the Motion pursuant to Federal Rule of Bankruptcy Procedure 9019 of Angela Tese-Milner, the Chapter 7 Trustee (hereinafter "**Trustee**") for the estate of Phyllis R. Mials (hereinafter "**Debtor**"), to approve the motion (hereinafter "**Motion**"), pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure (hereinafter "**FRBP**") to approve 1) the settlement (hereinafter "**Settlement**") of two personal injury Lawsuits **(hereinafter** "**Lawsuits**") for injuries sustained by the Debtor in two separate auto accidents. and 2)

authorization of the fees in the amount of $63,666.83 and expenses in the amount of $8,999.51 submitted by Trustee's Special Personal Injury Counsel, The Law Offices of Jason B. Kessler, P.C., and to pay the liens in the amounts of $2,015.39 and $3,811.43 of Medical Alliance, and 3) authorization to pay to the Debtor the exempt amount $36,775.00 4) setting a bar date of 8/29/2019 for the filing of lien claims against the Settlement Proceeds.

**PLEASE TAKE FURTHER NOTICE** that claims which have been filed against the estate amount to $7,576.64, and would be paid 100% with interest, given the liens now filed against the estate. The Lawsuits are the sole asset in the estate, and after completing the claims review process and receipt of the Settlement Proceeds, the Trustee will file her Final Report.

**PLEASE TAKE FURTHER NOTICE** that the Motion is on file with the Clerk of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York City 10004, and may be accessed electronically on the Court's website or examined and copied during regularly scheduled business hours. Objections to the Motion, if any, must be in writing, state with specificity the objection thereto, and be served upon the under-signed attorneys for the Trustee, and be filed with the Clerk of the Court, with a courtesy copy delivered to Judge Lane in his chambers, so as to be filed and received no later than five (5) business days prior to the Hearing Date. If no Objection is received the order may be entered.

Dated: New York, New York
      July 8, 2016                  THE LAW FIRM OF TESE & MILNER
                                    *Counsel for the Chapter 7 Trustee*

                                      By: /s/ Angela Tese-Milner
                                      Angela Tese-Milner , Esq.
                                      735 Wickham Avenue
                                      Mattituck, New York 10012
                                      (212) 475-3673

3