Schedule A

**CURRENT FEE PERIOD**

Case No. 16-11337 (SHL)
Case Name: PHYLLIS R. MIALS

| (1) Applicant | (2) Date/Document Number of Application | (3) Final Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (6) Fees to be Paid for Prior Fee Period(s) (if any) (i.e., Holdback Release) | (7) Total Fees to be Paid | (8) Final Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| The Law offices of Jason B. Kessler, P.C. Special Counsel for the Trustee | 6/24/2019 | $63,666.83 | $63,666.83 | $63,666.83 | 0 | $63,666.83 | $8,999.51 | $8,999.51 |

Revised: July 2019        Date On Which Order Was Signed: _____,2019        Initials:_____ USBJ