Schedule B

**CURRENT FEE PERIOD**

Case No. 16-11337 (SHL)
Case Name: Phyllis R. Mials

| (1) Applicant | (2) Total Fees Requested | (3) Total Fees Paid | (4) Total Expenses Requested | (5) Total Expenses Paid |
|---|---|---|---|---|
| The Law Offices of Jason Kessler, PC Special Counsel for the Trustee | $63,666.83 | $63,666.83 | $8,999.51 | $8,999.51 |

Revised: July ,2019    DATE ON WHICH ORDER WAS SIGNED:_____, 2019        Initials:_____ U.S.B.J.