**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

---

IN RE: Phyllis R. Mials                                   CASE NO.: 16–11337–shl

Social Security/Taxpayer ID/Employer ID/Other Nos.:       CHAPTER: 7
xxx–xx–0356

---

# ORDER OF FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

Angela G. Tese–Milner is discharged as trustee of the estate and the chapter 7 case of the above named debtor(s) is closed.

Dated: February 26, 2021

                                              Sean H. Lane, Bankruptcy Judge